UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY GREENWOOD,<br><br>                          Plaintiff,<br><br>v.<br><br>PALOMAR HEALTH,<br><br>                         Defendant. | Case No.: 19cv1686-LAB (MSB)<br><br>**ORDER GRANTING JOINT STIPULATION FOR TRIAL CONTINUANCE AND AMENDED SCHEDULING ORDER**<br>**[ECF NO. 15]** |

On April 6, 2020, the parties filed a "Joint Stipulation for Trial Continuance," ("Joint Motion") which the Court construes as a joint motion to modify the scheduling order. (ECF No. 15.) In the Joint Motion, the parties ask the Court to continue the remaining discovery dates and the pretrial motion deadline by no less than 90 days. (Id. at 2.) In support, they argue that they had been on track to complete discovery as required by the Scheduling Order [ECF No. 10], but due to the current global pandemic the parties and their witnesses will have extremely limited availability because they are healthcare workers focused on combatting COVID-19. (Id.) Finding good cause therefore, and after consultation with the chambers of Honorable Chief Judge Larry Alan Burns, the Court **GRANTS** the Joint Motion and sua sponte **CONTINUES** the pretrial dates by approximately 90 days as follows:

/ / /

1

1. All fact discovery shall be completed by all parties on or before **August 4, 2020**. The deadline having already passed on March 6, 2020, no further interrogatories, requests for admission, or document production may be served.

2. The parties shall designate their respective experts in writing by **September 3, 2020**. The date for exchange of rebuttal experts shall be by **September 17, 2020**.

3. By **October 15, 2020**, each party shall comply with the disclosure provisions in Rule 26(a)(2)(A) and (B) of the Federal Rules of Civil Procedure.

4. Any party shall supplement its disclosure regarding contradictory or rebuttal evidence under Rule 26(a)(2)(D) by **October 29, 2020**.

5. All expert discovery shall be completed by all parties by **November 30, 2020**.

6. All other pretrial motions must be filed by **December 29, 2020**.

7. A Mandatory Settlement Conference shall be conducted on **December 18, 2020**, at **1:30 p.m.**, in the chambers of **Magistrate Judge Michael S. Berg** located at **221 West Broadway, second floor, San Diego, CA 92101**. Confidential Settlement Statements must be lodged on or before **December 11, 2020**.

8. Counsel shall comply with the pre-trial disclosure requirements of Fed. R. Civ. P. 26(a)(3) by **April 5, 2021**.

9. Counsel shall meet and take the action required by Local Rule 16.1(f)(4) by **April 12, 2021**.

10. By **April 19, 2021**, plaintiff's counsel must provide opposing counsel with the proposed pretrial order for review and approval.

11. The Proposed Final Pretrial Conference Order, including objections to any other parties' Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures shall be prepared, served and lodged with the assigned district judge by **April 26, 2021**.

12. The final Pretrial Conference is scheduled on the calendar of the **Honorable Larry Alan Burns** on **May 3, 2021** at **12:00 p.m.**

Excepting the modified dates set forth above, all other requirements and instructions from the November 7, 2019 Scheduling Order [ECF No. 10] remain in effect and are not modified by this Order.

**IT IS SO ORDERED.**

Dated: April 7, 2020

Honorable Michael S. Berg
United States Magistrate Judge