UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY GREENWOOD,<br><br>         Plaintiff,<br><br>v.<br><br>PALOMAR HEALTH,<br><br>         Defendant. | Case No.: 19cv1686-LAB (MSB)<br><br>**ORDER GRANTING JOINT STIPULATION FOR TRIAL CONTINUANCE AND AMENDED SCHEDULING ORDER**<br>**[ECF NO. 22]** |

On September 10, 2020, the parties filed a "Joint Stipulation for Limited Continuance of Fact Discovery," ("Joint Motion") which the Court construes as a joint motion to modify the scheduling order. (ECF No. 22.) In the Joint Motion, the parties explain that due to the unavailability of several witnesses, due to first COVID-19 related reasons and then personal events, they have agreed to extend the deadline for five specified fact witness depositions by approximately 60 days, to October 4, 2020. (Id. at 1-2.) Finding good cause therefore, the Court **GRANTS** the Joint Motion and **ORDERS** that the new deadline for the depositions of Gary Greenwood, MaryAnne Snoke, Muriel Teng, Defendant's Person(s) Most Knowledgeable, and Marissa Bongato is **October 4, 2020**.

/ / /

/ / /

All other requirements and instructions previously ordered are unaffected by this Order.

**IT IS SO ORDERED.**

Dated:  September 14, 2020

Honorable Michael S. Berg
United States Magistrate Judge